UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 15-13357-7

Margarita Laboy and Felix Equizabel                                                 Chapter 7
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX  76096

                                                By /s/ James Hogan, Jr.

                                                James Hogan, Jr.
                                                PO Box 183853
                                                Arlington, TX  76096
                                                877-203-5538
                                                877-259-6417
                                                Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 11, 2015 :

Margarita Laboy
13 Ewan Terrace
Vineland, NJ 08360
CUMBERLAND-NJ

Joseph Marchand
117-119 West Broad St
PO Box 298
Bridgeton, NJ 08302

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx11302 / 706597